**PACIFIC ALASKA AIRWAY, Petitioner, v. W. G. MAHAN, as Administrator, etc.**

No. 130.

Supreme Court of the United States.

Oct. 11, 1937.

For opinion below, see 89 F.2d 255.

Mr. George M. Naus, of San Francisco, Cal., for petitioner.

Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.

302 U.S. 700, 58 S.Ct. 20

**PACIFIC ALASKA AIRWAYS, Inc., Petitioner, v. M. Clifford SMITH, as Administrator, etc.**

No. 131.

Supreme Court of the United States.

Oct. 11, 1937.

For opinion below, see 89 F.2d 253.

Mr. George M. Naus, of San Francisco, Cal., for petitioner.

Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.